# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1917

_____

Leslie Adjepong,                              *
                                              *
                  Petitioner,                 *
                                              *  Petition for Review of
        v.                                    *  an Order of the Board
                                              *  of Immigration Appeals.
Eric H. Holder, Jr.,[1] Attorney General      *
of the United States,                         *  [UNPUBLISHED]
                                              *
                  Respondent.                 *

_____

Submitted: October 15, 2009
Filed: October 15, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Leslie Adjepong, a citizen of Ghana, seeks review of an order by the Board of Immigration Appeals dismissing his appeal from an immigration judge's decision holding Adjepong removable under both 8 U.S.C. § 1227(a)(1)(C)(i) and § 1227(a)(3)(D).  Because Adjepong did not challenge his removability under

_____

[1]Eric H. Holder, Jr. has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

§ 1227(a)(1)(C)(i) in his appeal to the Board or in his brief to this court, we deny the petition for review.  <u>See</u> 8th Cir. R. 47B.

_____